**SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREUND & BRACKEY LLP, | CV 06–2051 PA (RCx) |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| MERCANTILE GOLD CORP., ANGLO ANDEAN MINING CO., MGM MINERAL RESOURCES, INC., and BROWNSTONE RESOURCES, INC., | |
| Defendants. | |

In accordance with the Court's April 23, 2007 Order granting the plaintiff's application for default judgment, and the Court's November 17, 2008 Order granting plaintiff's motion to add Brownstone Resources, Inc. as a judgment-debtor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.   Plaintiff Freund & Brackey, LLP ("Plaintiff") shall have judgment entered in its favor against defendants Mercantile Gold Co., Anglo Andean Mining Co., MGM Mineral Resources, Inc., and Brownstone Resources, Inc. ("Defendants");

2. Defendants shall pay damages to Plaintiff of $265,439.37 and prejudgment interest of $42,027.90; and

3. Plaintiff is awarded its costs of suit.

IT IS SO ORDERED.

DATED: November 23, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE